**AFFIRMED and Opinion Filed February 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01177-CR
No. 05-17-01178-CR

**RAYMON STEFFANI LAWRENCE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-20873-U, F17-00600-U**

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Bridges

Appellant Raymon Steffani Lawrence pleaded guilty before a jury to two offenses of aggravated robbery with a deadly weapon, a firearm. After finding appellant guilty, the jury assessed punishment at thirty-five years' imprisonment in each case. On appeal, appellant's attorney filed briefs in which he concludes these appeals are wholly frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). The briefs presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the briefs to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

*See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's briefs. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support these appeals.

We affirm the trial court's judgments.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
171177F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAYMON STEFFANI LAWRENCE,
Appellant

No. 05-17-01177-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F16-20873-U.
Opinion delivered by Justice Bridges.
Justices Brown and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered February 1, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAYMON STEFFANI LAWRENCE,
Appellant

No. 05-17-01178-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-00600-U.
Opinion delivered by Justice Bridges.
Justices Brown and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered February 1, 2019.